# EXHIBIT 1

Stipulation

57772/0001-21737964v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; and OCTALUNA III, LLC,<br><br>                Plaintiffs,<br><br>        v.<br><br>MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER | Adversary No. 19-50390 (KBO) |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC.,

                    Defendants.

## STIPULATION REGARDING SCHEDULING

WHEREAS on July 23, 2020, this Court issued an order ordering the parties to submit a proposed schedule in this adversary proceeding within two weeks of the adjudication of motions to transfer (the "Transfer Motions") two actions currently pending in the United States District Court for the Southern District of New York captioned as *Zohar CDO 2003-1, Ltd. v. Patriarch Partners, LLC*, No. 17-cv-00307- WHP (S.D.N.Y.) and *Tilton v. MBIA Inc.*, No. 19-cv-09733-WHP (S.D.N.Y.);

WHEREAS the Transfer Motions were denied on September 18, 2020;

WHEREAS on October 5, 2020, the Court issued an Order Approving Stipulation whereby the deadline for the Defendants to answer, move or otherwise respond to the Complaint, is set to **October 30, 2020**;

WHEREAS in the same Order, the Court approved the parties' Stipulation to confer on the scheduling of other deadlines in this matter by **October 16, 2020**;

WHEREAS on October 20, 2020, the Court approved the parties' Stipulation to confer on the scheduling of other deadlines in this matter by **October 30, 2020**;

WHEREAS Defendants filed their Motions to Dismiss the Complaint on **October 30, 2020**; and

2

57772/0001-21737874v1

WHEREAS the parties have conferred and agreed on the scheduling of other deadlines in this matter;

IT IS HEREBY STIPULATED AND AGREED, by and among all parties to this action, subject to approval of the Court, that:

1. The deadline for Plaintiffs to file any Opposition to Defendants' Motions to Dismiss the Complaint is **January 25, 2021**.

2. The deadline for Defendants to file any Reply in further support of Defendants' Motions to Dismiss the Complaint is **March 2, 2021**.

3. The parties agree to meet and confer concerning coordination and timing of initial disclosures, Rule 16 conferences, discovery, and any other matters.

Dated: November 25, 2020

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com

3

mtremonte@shertremonte.com

*Counsel to Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Phoenix VIII, LLC, Octaluna LLC, Octaluna II LLC, Octaluna III, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, LP, Ark Angels VII, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners Agency Services, LLC, and Lynn Tilton*

**PACHULSKI STANG ZIEHL & JONES, LLP**
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

and

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Joshua P. Arnold*
Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Joshua P. Arnold, Esq.
200 Liberty Street
New York, NY 10281
Counsel to MBIA Inc. and MBIA Insurance Corporation

*Counsel to MBIA Inc. and MBIA Insurance Corporation*

**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (No. 4471)
Morgan L. Patterson (No. 5538).
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

and

4

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Robert Franciscovich*
Brian J. Lohan, Esq.
Ginger Clements, Esq.
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231

and

Jeffrey A. Fuisz, Esq.
Robert Franciscovich, Esq.
250 West 55th Street
New York, NY 10119-9710

*Counsel to Credit Value Partners, LP, Bardin Hill Investment Partners f/k/a Halcyon Capital Management LP, Coöperatieve Rabobank U.A., Värde Partners, Inc., Ascension Alpha Fund LLC, Ascension Health Master Pension Trust, CAZ Halcyon Offshore Strategic Opportunities Fund, L.P., CAZ Halcyon Strategic Opportunities Fund, L.P., Brown University, HCN LP, Halcyon Eversource Credit LLC, HLF LP, HLDR Fund I NUS LP, HLDR Fund I TE LP, HLDR Fund I UST LP, Halcyon Vallée Blanche Master Fund LP, Bardin Hill Event-Driven Master Fund LP, Praetor Fund I, Praetorium Fund I ICAV, Hirtle Callaghan Total Return Offshore Fund Limited, Hirtle Callaghan Total Return Offshore Fund II Limited, Hirtle Callaghan Trading Partners, L.P., and Third Series of HDML Fund I LLC*

**MORRIS NICHOLS ARSHT
& TUNNELL LLP**
Kenneth J. Nachbar (No. 2067)
Robert J. Dehney (No. 3578)
Megan Ward Cascio (No. 3785)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

and

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: _/s/ Blair Adams_____
Michael Carlinsky, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel to Alvarez & Marsal Zohar Management*


**ALSTON & BIRD LLP**

By: _/s/ Alexander S. Lorenzo_____
John W. Weiss, Esq.
Alexander S. Lorenzo, Esq.
90 Park Avenue, 15th Floor
New York, NY 10016-1387

and

Jonathan T. Edwards, Esq.
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

*Counsel to U.S. Bank, N.A., as Trustee*