**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; and OCTALUNA III, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT- | Adversary No. 19-50390 (KBO)<br><br>**Related to Adv. Docket Nos. 104 and 105** |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

| |
|---|
| DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC., <br><br>                                    Defendants. |

**ORDER AUTHORIZING PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING PLAINTIFFS TO EXCEED PAGE LIMITATION ON THEIR OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT**

Upon the motion (the "Motion to Exceed the Page Limit")[2] of Plaintiffs for entry of an order granting leave to exceed the page limitations for their Omnibus Opposition pursuant to rule 7007-2(a)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules"), as more fully set forth in the Motion to Exceed; and due and proper notice of the Motion to Exceed having been provided; and it appearing that no other or further notice need be provided; and the Court finding that it has jurisdiction over this Motion to Exceed the Page Limit pursuant to 28 U.S.C. §§ 157 and 1334; and this Motion to Exceed the Page Limit is a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion to Exceed the Page Limit establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing for the entry of this Order;

IT IS HEREBY ORDERED THAT:

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Exceed the Page Limit.

2

        1.       The Motion to Exceed the Page Limit is GRANTED to the extent set forth herein.

        2.       Plaintiffs are granted leave to exceed the page limitation set forth in Local Rule 7007-2 for their Omnibus Opposition.

        3.       This Court shall retain jurisdiction to hear any and all matters arising from or relating to the implementation of this order.

**Dated: February 10th, 2021**  
**Wilmington, Delaware**

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**

3