# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*, | Case No. 18-10512 (KBO) |
| Debtors. | (Jointly Administered) |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC OCTALUNA, LLC; OCTALUNA II, LLC; AND OCTALUNA III, LLC, | |
| Plaintiffs, | Adversary No. 19-50390 (KBO) |
| v. | |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP; BARDIN HILL INVESTMENT PARTNERS LP F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND, L.P., PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC, | |
| Defendants. | |

# AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 30, 2020, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 10/30/2020 | 66 | Motion to Dismiss Adversary Proceeding Filed by Ascension Alpha Fund LLC, Ascension Health Master Pension Trust, Bardin Hill Event-Driven Master Fund LP, Bardin Hill Investment Partners, Brown University, CAZ Halcyon Offshore Strategic Opportunities Fund, L.P., CAZ Halcyon Strategic Opportunities Fund, L.P., Cooperatieve Rabobank U.A., Credit Value Partners, LP, HCN LP, HLDR Fund I NUS LP, HLDR Fund I TE LP, HLDR Fund I UST LP, HLF LP, Halcyon Eversource Credit LLC, Halcyon Vallee Blanche Master Fund LP, Hirtle Callaghan Total Return Offshore Fund II Limited, Hirtle Callaghan Total Return Offshore Fund Limited, Hirtle Callaghan Trading Partners, L.P., Praetor Fund I, Praetorium Fund I ICAV, Third Series of HDML Fund I LLC, Varde Partners, Inc., Zohar III Noteholders (related document(s)2, 1). (Patterson, Morgan) (Entered: 10/30/2020) |
| 10/30/2020 | 68 | Memorandum of Law of Zohar III Controlling Class in Support of Their Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 (related document(s)66) Filed by Ascension Alpha Fund LLC, Ascension Health Master Pension Trust, Bardin Hill Event-Driven Master Fund LP, Bardin Hill Investment Partners, Brown University, CAZ Halcyon Offshore Strategic Opportunities Fund, L.P., CAZ Halcyon Strategic Opportunities Fund, L.P., Cooperatieve Rabobank U.A., Credit Value Partners, LP, HCN LP, HLDR Fund I NUS LP, HLDR Fund I TE LP, HLDR Fund I UST LP, HLF LP, Halcyon Eversource Credit LLC, Halcyon Vallee Blanche Master Fund LP, Hirtle Callaghan Total Return Offshore Fund II Limited, Hirtle Callaghan Total Return Offshore Fund Limited, Hirtle Callaghan Trading Partners, L.P., Praetor Fund I, Praetorium Fund I ICAV, Third Series of HDML Fund I LLC, Varde Partners, Inc., Zohar III Noteholders. (Patterson, Morgan) (Entered: 10/30/2020) |
| 10/30/2020 | 69 | Appendix in Support of Memorandum of Law of the Zohar III Controlling Class to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 (related document(s)66, 68) Filed by Zohar III Noteholders. (Attachments: # 1 Exhibit 1) (Patterson, Morgan) (Entered: 10/30/2020) |

X _____
　　　　　　　　　　　Laurie Heggan

Dated: March 2, 2021
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 2nd day of March 2021, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2022

3

# EXHIBIT A

**Via Email and First Class Mail**

(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Laura Davis Jones, Esq. & Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Email: ljones@pszjlaw.com; tcairns@pszjlaw.com

**Via Email and First Class Mail**

(United States Trustee)
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
Email: juliet.m.sarkessian@usdoj.gov

**Via Email and First Class Mail**

(Counsel to Zohar III Controlling Class)
Matthew P. Ward, Esq., Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**Via Email**

(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Gregory M. Petrick, Esq., Ingrid Bagby, Esq.
Michele C. Maman, Esq., Sean F. O'Shea, Esq.
Michael E. Petrella, Esq., Joshua P. Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Email: gregory.petrick@cwt.com; ingrid.bagby@cwt.com;
michele.maman@cwt.com; sean.oshea@cwt.com;
michael.petrella@cwt.com; joshua.arnold@cwt.com

**Via Email**

(Counsel to Zohar III Controlling Class)
Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602-4321
Email: brian.lohan@arnoldporter.com;
ginger.clements@arnoldporter.com

**Via Email and First Class Mail**

(Counsel to the Debtors)
James L. Patton, Jr., Esq., Robert S. Brady, Esq.
Michael R. Nestor, Esq., Joseph M. Barry, Esq.
Ryan M. Bartley, Esq., Shane M. Reil, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jpatton@ycst.com; rbrady@ycst.com; mnestor@ycst.com;
jbarry@ycst.com; rbartley@ycst.com; sreil@ycst.com

**Via Email and First Class Mail**

(Counsel for Lynn Tilton and Patriarch Entities)
Norman L. Pernick, Esq., Patrick J. Reilley, Esq.
G. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: npernick@coleschotz.com; preilley@coleschotz.com;
ddean@coleschotz.com

**Via Email**

(Counsel to Zohar III Controlling Class)
James D. Herschlein, Esq., Jeffrey A. Fuisz, Esq.
Robert Franciscovich, Esq.
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019-9710
Email: james.herschlein@arnoldporter.com;
jeffrey.fuisz@arnoldporter.com;
robert.franciscovich@arnoldporter.com

**Via Email**

(Counsel for Lynn Tilton and Patriarch Entities)
Theresa Trzaskoma, Esq., Michael Tremonte, Esq.
Jennifer X. Luo, Esq., Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Email: ttrzaskoma@shertremonte.com;
mtremonte@shertremonte.com; jluo@shertremonte.com;
ahess@shertremonte.com; vshah@shertremonte.com