# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ZOHAR III, CORP., *et al.*,[1]<br>          Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; and OCTALUNA III, LLC,<br>          Plaintiffs,<br>          v.<br>MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE | Adv. Pro. No. 19-50390 (KBO)<br><br>**Re: to Adv. Docket Nos. 64, 65, 66, 67, 68, 69, 70, 71, 81, 82, 103, 107, 109, 110 and 111** |

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

| CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; and THIRD SERIES OF HDML FUND I LLC, |
|---|
| Defendants. |

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs Lynn Tilton, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, and Octaluna III, LLC (collectively, "Patriarch" or the "Plaintiffs"), by and through their counsel, hereby respectfully request (the "Request"), pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), that oral argument be scheduled in connection with the *Motions to Dismiss the Complaint* filed by defendants U.S. Bank, N.A., Zohar III Noteholders, MBIA Inc. and MBIA Insurance Corporation, and Alvarez & Marsal Zohar Management [Adv. Docket Nos. 64, 66, 67 and 81], each filed on October 30, 2020 in the above-captioned adversary proceeding, and all related filings and Replies (including Adv. Docket Nos. 65, 68, 69, 70, 71, 72, 107, 109, 110 and 111, collectively, the "Motions to Dismiss the Complaint"), and the Plaintiffs' Omnibus Opposition to the Motions to Dismiss the Complaint [Adv. Docket No. 103].

The Plaintiffs respectfully submit that oral argument is appropriate because the Motions to Dismiss the Complaint present numerous complex and substantial legal issues. Oral argument would allow the parties to clarify any points raised in the Motions to Dismiss the Complaint should the Court have questions.

| | |
|---|---|
| Dated: March 9, 2021<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>By: */s/ Patrick J. Reilley*<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br>Theresa Trzaskoma (Admitted Pro Hac Vice)<br>Michael Tremonte (Admitted Pro Hac Vice)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br><br>*Counsel to Lynn Tilton, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, and Octaluna III, LLC* |