## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; AND OCTALUNA III, LLC, | |
| Plaintiffs, | |
| v. | |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE | Adversary No. 19-50390 (KBO) |

---

[1]    The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

MASTER FUND LP, BARDIN HILL
EVENT- DRIVEN MASTER FUND LP,
PRAETOR FUND I, A SUB FUND OF
PRAETORIUM FUND I ICAV; HIRTLE
CALLAGHAN TOTAL RETURN
OFFSHORE FUND LIMITED; HIRTLE
CALLAGHAN TOTAL RETURN
OFFSHORE FUND II LIMITED; HIRTLE
CALLAGHAN TRADING PARTNERS, L.P.;
AND THIRD SERIES OF HDML FUND I
LLC.,

                    Defendants.

## DEFENDANTS' JOINT NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing concerning the motions to dismiss filed by

U.S. Bank, N.A. (A.D.I. 64), Alvarez & Marsal Zohar Management (A.D.I. 81), the Zohar III

Controlling Class (A.D.I. 66 and 168), and MBIA Inc. and MBIA Insurance Corporation (A.D.I.

67 and 169) (together, the "Motions to Dismiss") in connection with both the complaint and

amended complaint has been completed.  Below is a list of all relevant pleadings and docket

numbers filed and related to the Motions to Dismiss.

### A.    Complaint/Amended Complaint

| Tab No. | Date Filed | Docket No. | Pleading |
|---------|-----------|-----------|----------|
| 1 | 10/1/19 | 2 | [SEALED] Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination |
| 2 | 11/12/19 | 7 | [REDACTED] Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination (A.D.I. 7, Filed 11/12/2019) |
| 3 | 1/6/22 | 160 | [SEALED] Amended Complaint |
| 4 | 1/7/22 | 162 | [SEALED] Notice of Filing of Blackline Version of Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination |

**B.** **Defendant U.S. Bank N.A.'s Motion to Dismiss**

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| 5 | 10/30/20 | 64 | U.S. Bank, N.A.'s Motion to Dismiss Adversary Proceeding |
| 6 | 10/30/20 | 65 | Memorandum of Law in Support of Defendant U.S. Bank National Association's Motion to Dismiss |
| 7 | 1/25/21 | 103 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint |
| 8 | 3/2/21 | 110 | Memorandum of Law in Further Support of Defendant U.S. Bank National Association's Motion to Dismiss |
| 9 | 3/31/21 | 124 | Notice of Filing of Final Redacted Version of [UNSEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint |
| 10 | 7/29/21 | 125 | Letter from Theresa Trzaskoma to the Honorable Karen B. Owens regarding supplemental authority |
| 11 | 10/21/21 | 129 | Letter to the Honorable Karen B. Owens regarding Supplemental Authority Filed by U.S. Bank, N.A. |
| 12 | 10/26/21 | 132 | [SEALED] Letter from Theresa Trzaskoma to the Honorable Karen B. Owens regarding October 27, 2021 hearing |
| 13 | 1/21/22 | 165 | [Signed] Order Approving Stipulation |

**C.** **Defendants MBIA, Inc.'s and MBIA Insurance Corporation's Motion to Dismiss**

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| 14 | 10/30/20 | 67 | MBIA, Inc. and MBIA Insurance Corporation's Motion to Dismiss Adversary Proceeding |
| 15 | 10/30/20 | 70 | [SEALED] Declaration of Ingrid Bagby in Support of Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion to Dismiss Equitable Subordination Complaint |

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| 16 | 10/30/20 | 71 | Defendants MBIA, Inc.'s and MBIA Insurance Corporation's Memorandum of Law in Support of Their Motion to Dismiss Equitable Subordination |
| 17 | 11/4/20 | 98 | Notice of Filing of Final Redacted Version of Declaration of Ingrid Bagby in Support of Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion to Dismiss Equitable Subordination Complaint |
| 18 | 1/25/21 | 103 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint |
| 19 | 3/2/21 | 107 | [SEALED] Defendants MBIA Inc.'s and MBIA Insurance Corporation's Reply Memorandum of Law in Further Support of Their Motion to Dismiss Equitable Subordination Complaint |
| 20 | 7/29/21 | 125 | Letter from Theresa Trzaskoma to the Honorable Karen B. Owens regarding supplemental authority |
| 21 | 8/5/21 | 126 | Letter from Michael Petrella to Judge Owens dated 8/5/2021 in response to Patriarch's Letter dated 7/29/2021 |
| 22 | 10/20/21 | 127 | Letter from Michael Petrella to the Honorable Karen B. Owens regarding supplemental authority |
| 23 | 1/21/22 | 165 | [Signed] Order Approving Stipulation |
| 24 | 1/28/22 | 169 | [SEALED] Defendants MBIA Inc.'s and MBIA Insurance Corporation's Memorandum of Law in Support of Their Motion to Dismiss Equitable Subordination Amended Complaint |
| 25 | 1/28/22 | 170 | [SEALED] Declaration of Michael E. Petrella in Support of Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion to Dismiss Equitable Subordination Complaint |
| 26 | 2/17/22 | 192 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint |

| Tab No. | Date Filed | Docket No. | Pleading |
|---------|-----------|-----------|----------|
| 27 | 2/24/22 | 206 | [SEALED] Defendants MBIA Inc.'s and MBIA Insurance Corporation's Reply Memorandum of Law in Further Support of Their Motion to Dismiss Equitable Subordination Amended Complaint |

**D.    Defendant Zohar III Controlling Class's Motion to Dismiss**

| Tab No. | Date Filed | Docket No. | Pleading |
|---------|-----------|-----------|----------|
| 28 | 10/30/20 | 66 | Zohar III Controlling Class' Motion to Dismiss Adversary Proceeding |
| 29 | 10/30/20 | 68 | Memorandum of Law of Zohar III Controlling Class in Support of Their Motion to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 |
| 30 | 10/30/20 | 69 | Appendix in Support of Memorandum of Law of the Zohar III Controlling Class to Dismiss the Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 |
| 31 | 1/25/21 | 103 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint |
| 32 | 3/2/21 | 109 | Reply Memorandum of Law of the Zohar III Controlling Class in Further Support of Their Motion to Dismiss the Complaint |
| 33 | 1/21/22 | 165 | [Signed] Order Approving Stipulation |
| 34 | 1/28/22 | 168 | [SEALED] Memorandum of Law of the Zohar III Controlling Class in Support of Their Motion to Dismiss the Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable by Bankruptcy Rule 7012 |
| 35 | 2/14/22 | 179 | Notice of Filing of Proposed Redacted Version of the Memorandum of Law of the Zohar III Controlling Class in Support of Their Motion to Dismiss the Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) Made Applicable By Bankruptcy Rule 7012 |

| Tab No. | Date Filed | Docket No. | Pleading |
|---------|------------|------------|----------|
| 36 | 2/17/22 | 192 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint |
| 37 | 2/24/22 | 205 | [SEALED] Reply Memorandum of Law of the Zohar III Controlling Class in Further Support of Their Motion to Dismiss the Amended Complaint |

**E.**    **Defendant Alvarez & Marsal Zohar Management's Motion to Dismiss**

| Tab No. | Date Filed | Docket No. | Pleading |
|---------|------------|------------|----------|
| 38 | 10/30/20 | 81 | Alvarez & Marsal Zohar Management's Motion to Dismiss Adversary Proceeding |
| 39 | 10/30/20 | 82 | Opening Memorandum of Law in Support of Defendant Alvarez & Marsal Zohar Management's Motion to Dismiss Complaint of Lynn Tilton and the Patriarch & Octaluna Entities |
| 40 | 1/25/21 | 103 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Complaint |
| 41 | 3/2/21 | 111 | [SEALED] Reply in Support of Defendant Alvarez & Marsal Zohar Management's Motion to Dismiss Complaint of Lynn Tilton and the Patriarch & Octaluna Entities |
| 42 | 3/5/21 | 113 | Notice of Filing of Alvarez & Marsal Zohar Management's Unredacted Reply in Support of its Motion to Dismiss Complaint of Lynn Tilton and the Patriarch & Octaluna Entities |
| 43 | 10/20/21 | 128 | Letter to the Honorable Karen B. Owens Regarding Supplemental Authority |
| 44 | 1/21/22 | 165 | [Signed] Order Approving Stipulation |
| 45 | 1/28/22 | 167 | Supplemental Memorandum of Law in Further Support of Alvarez & Marsal Zohar Management's Motion to Dismiss the Complaint of Lynn Tilton and the Patriarch & Octaluna Entities |

| Tab No. | Date Filed | Docket No. | Pleading |
|---------|-----------|------------|----------|
| 46 | 2/17/22 | 192 | [SEALED] Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint |
| 47 | 2/24/22 | 207 | Limited Supplemental Reply Brief in Support of Defendant Alvarez & Marsal Zohar Management's Motion to dismiss Complaint of Lynn Tilton and the Patriarch & Octaluna Entities |

PLEASE TAKE FUTHER NOTICE that briefing concerning the following motions (the "Related Motions") of Defendants related to the Motions to Dismiss also has been completed, and the following documents have been filed in connection with such related motions:

1) Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation Re: Memorandum of Law in Support of Motion to Dismiss Equitable Subordination Complaint (A.D.I. 79, Filed 10/30/2020);

2) Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation Re: Reply Memorandum of Law in Further Support of Their Motion to Dismiss Equitable Subordination Complaint (A.D.I. 108, Filed 3/2/2021);

3) Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation Re: Memorandum of Law in Support of Motion to Dismiss Equitable Subordination Amended Complaint (A.D.I. 171, Filed 1/28/2022);

4) Plaintiffs' Motion for an Order Authorizing Them to Exceed Page Limitation on Their Omnibus Opposition to Defendants' Motions to Dismiss the Amended Complaint (A.D.I. 193, Filed 2/17/2022); and

5) Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation Re: Reply Memorandum of Law in Further Support of Motion to Dismiss Equitable Subordination Amended Complaint (A.D.I. 208, Filed 2/24/2022).

PLEASE TAKE FUTHER NOTICE that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of Defendants' Joint Notice of Completion of Briefing and the documents identified herein will be delivered to chambers.

Dated: February 25, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura David Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

and

CADWALADER, WICKERSHAM & TAFT LLP
Gregory M. Petrick
Ingrid Bagby
Michele C. Maman
Sean F. O'Shea
Michael E. Petrella
Joshua P. Arnold
200 Liberty Street
New York, NY 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Email: gregory.petrick@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com
sean.oshea@cwt.com
michael.petrella@cwt.com
joshua.arnold@cwt.com

*Counsel to MBIA, Inc. and MBIA Insurance Corporation*

Dated: February 25, 2022

Brian J. Lohan
ARNOLD & PORTED KAY SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone:   (312) 583-2300
Facsimile:    (312) 583-2360
Email:  brian.lohan@arnoldporter.com

Jeffery A. Fuisz
Robert T. Franciscovich
ARNOLD & PORTED KAY SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:   (212) 836-8000
Facsimile:    (212) 836-8689
Email: Jeffrey.fuisz@arnoldporter.com
Email: Robert.franciscovich@arnoldporter.com


-and-


*/s/ Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
WOMBLE BOND DICKINSON (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email:  matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com


*Counsel to the Zohar III Controlling Class*

Dated: February 25, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew B. Harvey*
Kenneth J. Nachbar (No. 2067)
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel. (302) 658-9200
Fax (302) 658-3989

-and-

QUINN EMANUEL URQUHART & SULLIVAN LLP
Jonathan E. Pickhardt
Benjamin Finestone
Deborah Newman Blair
A. Adams Zachary Russell
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel. (212) 849-7000
Fax (212) 849-7100

*Counsel to Alvarez & Marsal Zohar Management LLC*

Dated: February 25, 2022           PASHMAN STEIN WALDER HAYDEN, P.C.

*/s/ John W. Weiss*
John W. Weiss (Del. I.D. No. 4160)
Bell Works
101 Crawfords Corner Road, Suite 4202
Holmdel, New Jersey 07733
Telephone: 732-852-2481
jweiss@pashmanstein.com

-and-

ALSTON & BIRD LLP
Alexander S. Lorenzo (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
alexander.lorenzo@alston.com

*Attorneys for U.S. Bank National Association, solely in its capacity as Trustee under the Indentures*