# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; AND OCTALUNA III, LLC, | Adv. Proc. No. 19-50390 (KBO) |
| Plaintiffs, | **Related to Docket No. 206, 208** |
| v. | |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF | |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

PRAETORIUM FUND I ICAV; HIRTLE
CALLAGHAN TOTAL RETURN OFFSHORE
FUND LIMITED; HIRTLE CALLAGHAN
TOTAL RETURN OFFSHORE FUND II
LIMITED; HIRTLE CALLAGHAN TRADING
PARTNERS, L.P.; AND THIRD SERIES OF
HDML FUND I LLC.,

                              Defendants.

# CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 24th day of February, 2022, I caused a copy of the following document(s) to be served via email on the individual(s) on the attached service list:

1) *[FILED UNDER SEAL] Defendants MBIA Inc.'s and MBIA Insurance Corporation's Reply Memorandum of Law in Further Support of Their Motion to Dismiss Equitable Subordination Amended Complaint* **[Docket No. 206]**

2) *Defendants MBIA Inc.'s and MBIA Insurance Corporation's Motion for Leave to Exceed Page Limitation Re: Reply Memorandum of Law in Further Support of Motion to Dismiss Equitable Subordination Amended Complaint* **[Docket No. 208]**

                                          */s/ Timothy P.Cairns*
                                          Timothy P. Cairns (DE Bar No. 4228)

Zohar – [UNDER SEAL] Service List re Equitable Subordination Adversary Proceeding
Main Case No. 18-10512 (KBO)
Adv. Case No. 19-50390 (KBO)
Doc. No. 231467
31 – Email

**Email**
(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
**Email:** ljones@pszjlaw.com; tcairns@pszjlaw.com

**Email**
(United States Trustee)
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
**Email:** juliet.m.sarkessian@usdoj.gov

**Email**
(Counsel to the Debtors)
James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Shane M. Reil, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
**Email:** jpatton@ycst.com; rbrady@ycst.com; mnestor@ycst.com; jbarry@ycst.com; rbartley@ycst.com; sreil@ycst.com

**Email**
(Counsel for Lynn Tilton and Patriarch Entities)
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
G. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
**Email:** npernick@coleschotz.com; preilley@coleschotz.com; ddean@coleschotz.com

**Email**
(Counsel to Zohar III Controlling Class)
Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
**Email:** matthew.ward@wbd-us.com; morgan.patterson@wbd-us.com

**Email**
(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Sean F. O'Shea, Esq.
Michael E. Petrella, Esq.
Joshua P. Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
**Email:** gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
michele.maman@cwt.com;
sean.oshea@cwt.com;
michael.petrella@cwt.com;
joshua.arnold@cwt.com

**Email**
(Counsel for Lynn Tilton and Patriarch Entities)
Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esq.
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Chinoia Weir, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
**Email:** ttrzaskoma@shertremonte.com;
mtremonte@shertremonte.com;
jluo@shertremonte.com;
ahess@shertremonte.com;
vshah@shertremonte.com;
rpollock@shertremonte.com;
cweir@shertremonte.com

**Email**
(Counsel to Zohar III Controlling Class)
Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602-4321
**Email:** brian.lohan@arnoldporter.com;
ginger.clements@arnoldporter.com

**Email**
(Counsel to Zohar III Controlling Class)
James D. Herschlein, Esq.
Jeffrey A. Fuisz, Esq.
Robert Franciscovich, Esq.
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019-9710
**Email:**
james.herschlein@arnoldporter.com;
jeffrey.fuisz@arnoldporter.com;
robert.franciscovich@arnoldporter.com

**Email**
(Counsel for U.S. Bank National Association solely in its capacity as trustee under the Indentures)
John W. Weiss, Esq.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Email: john.weiss@alston.com