# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; and OCTALUNA III, LLC,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT- | Adversary No. 19-50390 (KBO) |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC.,

                    Defendants.

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiffs Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, Octaluna III, LLC, and Lynn Tilton (collectively, the "Plaintiffs") hereby appeal to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(1) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware from the March 25, 2022 *Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination* [Adv. D.I. 236] (the "Order") entered by the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware. A copy of the Order is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 158(a)(1) and Rule 8003 of the Federal Rules of Bankruptcy Procedure, the Order is appealable as of right.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| **Appellants**<br><br>Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, Octaluna III, LLC, and Lynn Tilton | **COLE SCHOTZ P.C.**<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>Andrew J. Roth-Moore (No. 5988)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>aroth-moore@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br>Theresa Trzaskoma (Admitted Pro Hac Vice)<br>Justin J. Gunnell (Admitted Pro Hac Vice)<br>Vikram Shah (Admitted Pro Hac Vice)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>jgunnell@shertremonte.com<br>vshah@shertremonte.com |
| **Appellee**<br><br>MBIA Inc. and MBIA Insurance Corporation | **PACHULSKI STANG ZIEHL & JONES, LLP**<br>Laura Davis Jones (No. 2436)<br>Timothy P. Cairns (No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-87055<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>– and –<br><br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>Gregory M. Petrick, Esq.<br>Ingrid Bagby, Esq.<br>Michele C. Maman, Esq.<br>Joshua P. Arnold, Esq.<br>200 Liberty Street<br>New York, NY 10281 |

3

| Party | Attorneys |
|---|---|
| | Telephone: (212) 504 6000<br>Facsimile: (212) 504 6666<br>gregory.petrick@cwt.com<br>ingrid.bagby@cwt.com<br>michele.maman@cwt.com<br>joshua.arnold@cwt.com |
| **Appellees**<br><br>Credit Value Partners, LP, Bardin Hill Investment Partners f/k/a Halcyon Capital Management LP, Coöperatieve Rabobank U.A., Värde Partners, Inc., Ascension Alpha Fund LLC, Ascension Health Master Pension Trust, CAZ Halcyon Offshore Strategic Opportunities Fund, L.P., CAZ Halcyon Strategic Opportunities Fund, L.P., Brown University, HCN LP, Halcyon Eversource Credit LLC, HLF LP, HLDR Fund I NUS LP, HLDR Fund I TE LP, HLDR Fund I UST LP, Halcyon Vallée Blanche Master Fund LP, Bardin Hill Event-Driven Master Fund LP, Praetor Fund I, Praetorium Fund I ICAV, Hirtle Callaghan Total Return Offshore Fund Limited, Hirtle Callaghan Total Return Offshore Fund II Limited, Hirtle Callaghan Trading Partners, L.P., and Third Series of HDML Fund I LLC | **WOMBLE BOND DICKINSON (US) LLP**<br>Matthew P. Ward (No. 4471)<br>Morgan L. Patterson (No. 5538)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>– and –<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Brian J. Lohan, Esq.<br>Ginger Clements, Esq.<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602-4231<br>Telephone: (312) 583-2300<br>Facsimile: (312) 583-2360<br>brian.lohan@arnoldporter.com<br>ginger.clements@arnoldporter.com<br><br>– and –<br><br>Jeffrey A. Fuisz, Esq.<br>250 West 55th Street<br>New York, NY 10119-9710<br>Telephone: (212) 836-8655<br>Facsimile: (212) 836-8689<br>jeffrey.fuisz@arnoldporter.com |
| **Appellee**<br><br>Alvarez & Marsal Zohar Management | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>mharvey@mnat.com |

| Party | Attorneys |
|---|---|
|  | – and – <br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br>Michael Carlinsky, Esq. <br>Jonathan E. Pickhardt, Esq. <br>Benjamin Finestone, Esq. <br>Ellison Ward Merkel, Esq. <br>Blair Adams, Esq. <br>51 Madison Avenue, 22nd Floor <br>New York, NY 10010 <br>Telephone: (212) 849-7000 <br>Facsimile: (212) 849-7100 <br>michaelcarlinsky@quinnemanuel.com <br>jonpickhardt@quinnemanuel.com <br>benjaminfinestone@quinnemanuel.com <br>ellisonmerkel@quinnemanuel.com <br>blairadams@quinnemanuel.com |
| **Appellee** <br><br>U.S. Bank National Association, solely in its capacity as Trustee under the Indentures | **PASHMAN STEIN WALDER HAYDEN, P.C.** <br>John W. Weiss, Esq. <br>Bell Works <br>101 Crawfords Corner Road, Suite 402 <br>Holmdel, NJ 07733 <br>Telephone: (201) 488-8200 <br>Facsimile: (201) 488-5556 <br>jweiss@pashmanstein.com <br><br>– and – <br><br>**ALSTON & BIRD LLP** <br>Alexander S. Lorenzo, Esq. <br>90 Park Avenue, 15th Floor <br>New York, NY 10016-1387 <br>Telephone: (212) 210-9400 <br>Facsimile: (212) 210-9444 <br>alexander.lorenzo@alston.com |

5

Dated: March 29, 2022

              **COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
aroth-moore@coleschotz.com

        – and –

**SHER TREMONTE LLP**

Theresa Trzaskoma (Admitted Pro Hac Vice)
Justin J. Gunnell (Admitted Pro Hac Vice)
Vikram Shah (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
jgunnell@shertremonte.com
vshah@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, and Octaluna III, LLC*