# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; and OCTALUNA III, LLC, | |
| Appellants, | |
| v. | Adversary No. 19-50390 (KBO) |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF | |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| | |
|---|---|
| PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF HDML FUND I LLC.,<br><br>                      Appellees. | Re: Adv. D.I. 239 & 241 |

**ORDER GRANTING MOTION
FOR ORDER PURSUANT TO BANKRUPTCY RULE 9006-1(e)
SHORTENING NOTICE PERIOD FOR PLAINTIFFS' MOTION FOR A STAY
PENDING APPEAL OF THE BANKRUPTCY COURT'S ORDER ON DEFENDANTS'
MOTIONS TO DISMISS THE AMENDED COMPLAINT OF LYNN TILTON AND
THE PATRIARCH & OCTALUNA ENTITIES FOR EQUITABLE SUBORDINATION**

Upon Patriarch's *Motion for Order Pursuant to Bankruptcy Rule 9006-1(e) Shortening Notice Period for Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination*, (the "Motion to Expedite");[1]

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is hereby GRANTED as set forth herein.

2. The Hearing to consider the Stay Motion will be held on **April 13, 2022 at 10:00 a.m. (ET)**. Objections to the relief requested in the Stay Motion shall be filed by **April 7, 2022 at 4:00 p.m. (ET)**. Replies shall be filed by **April 12, 2022 at 12:00 p.m. (ET)**.

Dated: April 1st, 2022
Wilmington, Delaware

                                              **KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion to Expedite.