# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>                    Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| LYNN TILTON; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA, LLC; OCTALUNA II, LLC; AND OCTALUNA III, LLC,<br>                    Plaintiffs,<br>          v. | |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED; HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED; HIRTLE CALLAGHAN TRADING PARTNERS, L.P.; AND THIRD SERIES OF | Adversary No. 19-50390 (KBO)<br><br>**Objection Deadline: April 7, 2022 at 4:00 p.m. (ET)**<br>**Reply Deadline: April 12, 2022 at 12:00 p.m. (ET)**<br>**Hearing Date: April 13, 2022 at 10:00 a.m. (ET)**<br>**Re: Adv. Docket Nos. 239, 241 and 250** |

---

[1]     The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

| HDML FUND I LLC., |
| |
|                    Defendants. |

**NOTICE OF HEARING ON PATRIARCH'S MOTION FOR A STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S ORDER ON DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT OF LYNN TILTON AND THE PATRIARCH & OCTALUNA ENTITIES FOR EQUITABLE SUBORDINATION**

**PLEASE TAKE NOTICE** that, on March 29, 2022, **Patriarch's Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination** (the "Motion for Stay") [Adv. Docket No. 239] was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 29, 2022, the **Motion for Order Pursuant to Bankruptcy Rule 9006-1(e) (I) Shortening Notice Period for Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination; and (II) Scheduling Expedited Hearing if Necessary** (the "Motion to Shorten") [Adv. Docket No. 241] was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on April 1, 2022, the Court entered an order granting the Motion to Shorten (the "Order Shortening Notice") [Adv. Docket No. 250], a copy of which is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, a hearing (the "Hearing") on the Motion for Stay will be held on **April 13, 2022 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, objections, if any, to the Motion for Stay must be made in writing and filed with the Court no later than **April 7, 2022 at 4:00 p.m. (prevailing Eastern Time).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION FOR STAY WITHOUT FURTHER NOTICE**.

57772/0001-42832897v1

Dated: April 1, 2022

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
aroth-moore@coleschotz.com

– and –

**SHER TREMONTE LLP**

Theresa Trzaskoma (Admitted Pro Hac Vice)
Justin J. Gunnell (Admitted Pro Hac Vice)
Vikram Shah (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
jgunnell@shertremonte.com
vshah@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Octaluna, LLC, Octaluna II, LLC, and Octaluna III, LLC*

57772/0001-42832897v1