# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, AND OCTALUNA III, LLC, | ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Proc. No. 19-50390 (KBO) |
| | ) | |
| v. | ) | **Related to Docket No. 239** |
| | ) | |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., CAZ HALCYON STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR FUND I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

---

[1] The Debtors and the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

| | |
|---|---|
| MASTER FUND LP, BARDIN HILL EVENT DRIVEN MASTER FUND LP, PRAETOR FUND I, A SUB FUND OF PRAETORIUM FUND I ICAV, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND LIMITED, HIRTLE CALLAGHAN TOTAL RETURN OFFSHORE FUND II LIMITED, HIRTLE CALLAGHAN TRADING PARTNERS, L.P., AND THIRD SERIES OF HDML FUND I LLC., | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER DENYING PLAINTIFFS' MOTION FOR A STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S ORDER ON DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT OF LYNN TILTON AND THE PATRIARCH & OCTALUNA ENTITIES FOR EQUITABLE SUBORDINATION**

Upon consideration of the *Plaintiffs' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order on Defendants' Motions to Dismiss the Amended Complaint of Lynn Tilton and the Patriarch & Octaluna Entities for Equitable Subordination* (the "Motion") [Adv. D.I. 239] and all briefing submitted and argument made in relation thereto, it is hereby **ORDERED** that, for the reasons set forth on the record at the April 13, 2022 hearing, the relief requested in the Motion is **DENIED**.

Dated: April 13, 2022
Wilmington, Delaware

Karen B. Owens
United States Bankruptcy Judge